PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CASTANEDA et al.,<br>Defendant. | CASE NO. 1:21-CR-00304-DAD-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on December 9, 2021, and it appears that it no longer need remain secret as to the listed defendant,

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the attached redacted Indictment in this case, and the docket as to defendant Anthony Castaneda be unsealed and made public record.

Dated: December 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

MOTION AND ORDER TO UNSEAL        1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CASTANEDA et al.,<br><br>Defendant. | CASE NO. 1:21-CR-00304-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Indictment filed on December 9, 2021, and docket pertaining to defendant Anthony Castaneda, be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **December 10, 2021**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE