RICHARD M. OBERTO
ATTORNEY AT LAW
CA State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Anthony Castaneda

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>ANTHONY CASTANEDA *et al.*,<br><br>　　　　　*Defendants.* | No. 1:21-cr-00304<br><br>STIPULATION TO ADVANCE HEARING DATE ON MOTION FOR BAIL REVIEW; ORDER |

**IT IS HEREBY STIPULATED** by counsel for the prosecution and the defendant ANTHONY CASTANEDA ("Mr. Castaneda") that the motion for bail review currently scheduled for hearing before the Honorable Judge Stanley A. Boone in Department 9 of the above-entitled court at 2 p.m. on January 19, 2022, be rescheduled for the new hearing date of 2 p.m. on January 18, 2022.  Mr. Castaneda filed the motion for bail review on January 7, 2022, seeking to modify the property bond condition that the court previously ordered. Dkt. No. 17.  The prosecutor will be opposing the motion for bail review.  The stipulation here is on the basis that the prosecutor is not available to appear for the currently scheduled hearing on January 19th, but is available for hearing on January 18th.

　　　The parties understand that the court ordinarily hears motions for bail review on Mondays and Wednesdays.  It is the understanding of the parties that as a result of the Monday holiday on January 17, 2022, the court is hearing motions for bail review on the following Tuesday January 18, 2022.

//

1

1   The parties stipulate to the foregoing.

3   DATED: 1/12/2022             /s/ Richard M. Oberto
                                 RICHARD M. OBERTO
4                                Attorney for Defendant,
                                 Anthony Castaneda

6   DATED: 1/12/2022             /s/ Stephanie Stockman
                                 STEPHANIE STOKMAN
7                                Assistant United States Attorney

## O R D E R

**IT IS HEREBY ORDERED** for good cause showing that the hearing date on the motion for bail review by the defendant ANTHONY CASTANEDA in Docket No. 17 be advanced from the currently scheduled date of January 19, 2022, to the new date of January 18, 2022, at 2 p.m., in Courtroom 9 of the above-entitled Court, in the Fresno Division, before the Honorable Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **January 12, 2022**

UNITED STATES MAGISTRATE JUDGE

2

26

27

28