PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CASTANEDA et al.,<br>Defendant. | CASE NO. 1:21-CR-00304-DAD-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on December 9, 2021, and it appears that it no longer need remain secret as to the listed defendant,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case, and the docket be unsealed and made public record.

Dated: January 27, 2022                                         PHILLIP A. TALBERT
                                                                                    United States Attorney


                                                                        By:   */s/ Stephanie M. Stokman*
                                                                                    STEPHANIE M. STOKMAN
                                                                                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHONY CASTANEDA et al.,<br><br>          Defendant. | CASE NO.  1:21-CR-00304-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

   Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 9, 2021, and docket, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **January 27, 2022**

_____
UNITED STATES MAGISTRATE JUDGE