1 RICHARD M. OBERTO
ATTORNEY AT LAW
2 State Bar no. 247285
516 W. Shaw Ave. Ste 200
3 Fresno, California 93704
Telephone: (559) 221-2557
4
Attorney for Defendant,
5 Anthony Castaneda

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | No. 1:21-cr-00304-DAD-BAM |
| 11       *Plaintiff,* | **WAIVER OF PERSONAL PRESENCE BY THE DEFENDANT ANTHONY CASTANEDA UNDER FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43(b)(3); AND ORDER** |
| 12       vs. | |
| 13  ANTHONY CASTANEDA and ARALI GONZALES, | |
| 14       *Defendants.* | |

16 **TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

17      The defendant ANTHONY CASTANEDA ("Mr. Castaneda") has been advised of his
18 right to be personally present at all stages of the court proceedings in the above-entitled action
19 against him. Mr. Castaneda hereby waives his right to be present for proceedings that involve
20 only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal
21 Procedure, Rule 43(b)(3).

22      Pursuant to this waiver, Mr. Castaneda requests that the court allow his interests to be
23 represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests
24 shall be represented the same as if he were personally present. Mr. Castaneda agrees notice to
25 his attorney that his personal presence is required for a proceeding at a specific time and place
26 will be deemed notice to Mr. Castaneda of the requirement of his personal presence.

27 ///

28 ///

Dated: 3/14/2022        */s/ Anthony Castaneda*
ANTHONY CASTANEDA
Defendant
*Original signature retained by*
*attorney Richard M. Oberto*

Dated: 3/17/2022        */s/ Richard M. Oberto*
RICHARD M. OBERTO
Attorney for Defendant,
Anthony Castaneda

## **O R D E R**

IT IS HEREBY ORDERED that the personal presence of the defendant ANTHONY CASTANEDA is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43(b)(3).

IT IS SO ORDERED.

Dated:   **March 17, 2022**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE